UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-cv-80284-MIDDLEBROOKS

NURIT LEVY,
    Plaintiff,

v.

GLOBAL EXECUTIVE SOLUTIONS, LLC,
    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal, filed on July 24, 2018. (DE 36). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE.** All pending motions are **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 25 day of July, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record